which is shackled against the Cook County Circuit Court Do we have miss Cheney here? Yes, your honor and mr. Hayes Yes, your honor Cheney you have the floor All right. Good morning. Thank you for being here today and may it please the court Nicole Cheney chief legal counsel for teensters local 700 the district court express or excuse me, the appellate court expressly ordered the parties in this case to Address the question of whether the union has the right to appeal So that inquiry is gonna guide the direction of my principal argument here today To be clear irrespective of whether the union has the right to appeal The result is still the same the district court order has to be vacated and or reversed First if the court determines that the union does not have the right to appeal The district court order must still be vacated because it was entered without subject matter jurisdiction you know, the appellate jurisdiction is proper for at the very least the limited purpose of reviewing and correcting that error and Counsel excuse me, we would have to have a Section to review that error, but but let me ask you kind of cut to the chase on the appellate jurisdiction point sure You don't know which line of cases that permit a non party below to appeal Do you think you are most closely analogous to I'm kind of surprised in your 28-day letter You seem to be saying that you fit into cases that would characterize you as representing The plaintiff members of the class and I misunderstand what your letter was getting at No, so that is in summary one basis for determining that We are a party with the right or excuse me, not a party, but that we have a right to appeal as a non-party and the analysis behind that Kind of delves into the novelty of this case The despite the best efforts of the opposing counsel to avoid the issue the Shackman appellees Were the movement in this case. They tried to fast-track Their desire to have the CA monitor the grievance procedure by filing a motion for declaratory relief in an underlying lawsuit now that was They made the choice to seek relief Against a non-party in that lawsuit in their filing of the supplemental authority They claimed that the Union is similarly situated to the non-party Appellant in the Douglas case and we responded in kind by filing supplemental authorities specifically the Reynolds and the trans union cases and those underscore our right to appeal The Douglas case is distinguishable from Factually in that case the appellant that was ultimately whose appeal was ultimately dismissed was not a class member The district court concluded that she was not a class member and she did not appeal that ruling Let me return to where you said that yes, you do represent Some of the the plaintiffs in the class The Union but but they're already represented by the names class representatives and by class counsel in that lawsuit Our representation of them is under state law so the But if they have general if they objected to the declaratory judgment respecting the supplemental relief order They could have said so and in fact, it was the plaintiff's class as you point out, you know who moved for it That's correct But the supplement or the supplemental relief order does not in any form or fashion Address the grievance procedure or the collective bargaining agreement between us and the clerk's office That is an entirely separate right that the class members have outside of the underlying litigation The litigation in which this this case The litigation under which This case is SRO was established involves political patronage allegations against the clerk's office We are content to allow the class representatives to litigate that case to enter into supplemental relief orders In whatever way necessary so long as it doesn't infringe upon our rights to represent the class members in their Labor interests under the Labor Act against the clerk's office so in essence the the reason why we are or the reason why I've argued that we are more akin to the Reynolds and trans union cases as In as distinguished from the Douglas cases is because the Douglas court pointed to those cases as examples of prior Instances in which the court has allowed non parties to appeal when those non parties were agents of the class members who Were Trying to address separate issues, so for example in the in the Reynolds case They were Attorneys of the class members who had tried to intervene and whose intervention attempts were denied Yes, follow up on this a little bit sure it's not at all unusual for Injunctions to affect the interests of people who are not parties to a lawsuit That's that's in essence factor for an issue in a preliminary injunction consequences for non parties Procedurally there's a pretty well established path for people who believe they are adversely affected by an injunction to be heard and that's to intervene and Denial of intervention is appealable An intervener has repellent rights. Why do we need to create some kind of special rule here? Well in this case your honor the the Prospect of intervention Would be a sort of an end around to federal question It's our position that there is not That's no different from somebody who says this injunction is Causing let's say a party. I have a contract with to breach my contract I've got a state law claim to breach a contract, but the judge you're you're messing up our business in our life here We need to be heard Certainly and I understand what you're saying in in there there has been There have been instances in the past in which we have utilized intervention to Address Issues, for example in the dough case We intervened in the dough case in the district court but that was because the order that the parties were the consent decree that they were entering into Resulted in a was anticipated to result in in a reorganization and a termination of a couple hundred of our bargaining unit members and so we intervened Assert those rights because the SRO had no Had no indication that it was going to affect the grievance procedure or implicate any The union's rights under the collective bargaining agreement or anything The declaratory judgment action because you appeared in the district court and were heard on it, but you didn't move to write it Why it's not like it caught you by surprise. You knew that the declaratory judgment had been sought We did we didn't know that the declaratory judgment had been sought but we also knew that the the state law rights as We believe the state law rights are entirely distinct from the SRO The SRO didn't say anything about monitoring the grievance procedure. This case has been going on for decades Made the same merits arguments that you're making to us now in the district court but you didn't intervene and it feels a little like you're trying to have your cake and eat it too because you don't want to Be a party in the district court because that's part of your challenge to the district courts order You say it can't find you as a non party But you want us to treat you like a party for purposes of the appeal Your honor respectfully we we want to We would prefer to have sort of a less a fair approach here. Allow the Shaftson litigants to Continue on with their case and allow us to continue on with our contractual relationship with the clerk There's no demonstration or connection at all made suggesting that there was any efforts For the clerk to utilize its relationship with us to engage in political patronage But there was any instances of political patronage in the grievance procedure and it sort of redefines the Labor Act to allow a third party to come into grievance proceedings When that was identified under the state act you're what you're well into your rebuttal at this point, but I hope you would identify Where you think having this observer present violate state law? Sure the state law mandates the grievance procedure and in exchange for that the The employees have to give up their right to strike That's part of ensuring that there's a repeat man I understand that what I kept looking for in your brief was some specific indication of state law prohibiting the presence of an observer for any purposes let alone these Well, surely I It's I wouldn't say that it's expressly identified in the state law that it is That third parties are excluded however, it does contemplate relationships between the parties to the contract and any change in Or modification to the party's contract or the party's relationship is something that has to be negotiated. So the court the district court's order in effect modifies The parties or excuse me the Union and the clerks relationship And their ability to make the determination about who is or is not allowed to be part of the business process Okay, if there are no further questions, you're you're over time, but you'll have a brief opportunity for rebuttal Thank you very much. Mr. Hayes Good morning, Your Honor May it please the court. My name is Brian Hayes I represent the plaintiff classes in this case and the lower court's decision should be affirmed as before Discussing the union has not identified any rights that are at stake in the shacklin litigation they haven't identified any section of the Statute that has been violated nor they identified any section of the collective bargaining agreement That would be violated by having a court-appointed monitor attend and observe strictly observed Agreement procedures and the union should not be allowed to obstruct the district courts Special master called in this case a compliance administrator and Because doing so would undermine the party's negotiated supplemental relief order and it would also threaten to prolong federal court oversight of the clerk's employment practices the Supplemental relief order that we're talking about today is one of a number of similar decrees and orders that have been entered in this case since 2005 Designed to bring all of the defendants like the clerk into compliance with the existing Shacklin decrees So the federal court oversight can end The most important part of the supplemental relief order is the use of these independent compliance administrators And they're appointed by the court They report to the district court about whether the defendants are making good on their promises to eliminate unlawful political discrimination this process has been successful for other defendants like the city of Chicago Cook County Cook County Sheriff's Office and others and Shouldn't be allowed to hinder the compliance administrators passive monitoring of grievance procedures Mr. Hayes, why do you all do you all see the union is engaged in or abetting? ongoing violations of federal law through this process Well, we do not your honor, but that's not a requirement for having a court-appointed monitor the focus Why is this my basic question is why is it such a big deal? And why are you and the union having such a big fight about it? I Agree, your honor. It should not be a big deal and there should not be a fight over this There have been court-appointed monitors that monitored grievance procedures at the city at the county they're doing so at the state level they're doing so at the Assessor's office at the Cook County reporter deeds office and there's never been any issue Never been any problems. There's never been any violation of confidentiality Anything like that, it's in fact since judge Schenker entered this order the compliance administrator has monitored a number of union grievances at the clerk of the Circuit Court's office without any issues or any problems whatsoever and What's important here and why we filed this motion is that this case is about as you know I'm off of political discrimination and that includes, you know, not just hiring people or firing people It also includes taking adverse actions in order to coerce employees into making political donations and so observing and Monitoring and reporting for the court on these grievance procedures is a part of that to make sure that the clerk's office is not engaged Not the Union but to make sure that the clerk's office is not engaged in unlawful political discrimination in the grievance process and Our hope is that the monitor will be there and will report that there is in fact, no evidence of unlawful political discrimination So that the compliance administrator can report to the court in the coming months or years However long it may take but to say that the clerk's office is in compliance with the court orders and the federal court oversight is no longer Necessary and part of that will be to ensure that there's no political reporting that there's no political discrimination in the context of proceedings The guy would intervene here just the whole objective of this Compliance Administrator to see if people in order to get a job Have to make a political contribution Or is there something more when you talk about what is political? I don't know enough about say Chicago, but under the Circumstances there is always a lot of people talking about Get a job there, but you got to work for somebody and I Guess that's the political Stuff because I was just curious about this a long time ago when I was in Indiana I did I had they had a thing they called You would actually have to Pay money And get permission from a county chairman to Show that you were in the right political party in order to work someplace Is it that? Open and obvious or is it just a matter of somebody said that they were forced to make a political contribution. What's this compliance person? Therefore what's what's he or she to do? so in the present case the Attorney's office issued some indictments and actually obtained a conviction for buying to the grand jury the allegations there and the evidence showed that the clerk's office was exchanging jobs selling jobs to Individuals who had made political donations to her campaign. There have also been allegations over the years about the clerk's office requiring Employees to make contributions to a political campaign That monies that were donated for Friday jeans days went to her political campaign things like that So it's both in this case the allegations and there was evidence supporting that both People who were applying for jobs at the clerk's office were discriminated against based on whether or not they had made donations for a campaign But there were also there was also evidence that existing employees current employees were being coerced to make campaign contributions Now in this case the clerk's office confronted with that evidence entered into a settlement with the supplemental relief order So we did not go forward with discovery and find out the full extent of everything that was being done That's part of what the compliance administrator is tasked with doing She's tasked with going out and investigating the employment fraction practices of the office and that includes not just hiring and firing but also transfers reassignments over time and discipline to make sure that the office has rooted out the historical political patronage and has Implemented policies and procedures so that it's unlikely that political patronage will come back after the court sunsets the decrees there's a compliance officer to present some kind of a finding or Periodical report or what's going on? Yes, your honor. The compliance administrator is to I believe a quarterly Reports are filed with the court and then for the sunset procedure that when the clerk's office believes that it is in compliance with the Decrees, they would file a motion to terminate the compliance Administrator would then issue a file report with the court saying yes, I'm an agreement and here's why or saying no I don't think the office is ready for substantial compliance or for sunset for these reasons And that would be part of the court's consideration and deciding whether or not to terminate the decree under rule 60 B Okay, can I ask you I'm mr. Mr. Hayes I understand your position that there's no appellate jurisdiction at this point But suppose the Union said We dismiss this appeal the Union goes back And notifies the district court that we respectfully disagree with your order We are not a party to this case or to the SRO We don't think you have the power to do this or grounds to hold us in contempt So with all due respect, we're not going to allow the compliance officer in and the district judge Respectfully holds them in contempt Imposes sanctions and stave them pending appeal We're right back here on the merits of these claims, right But that's certainly a potential your honor, but I would hope that it would not come to that but I think what's important for this court to consider is that those decisions about Holding the Union in contempt and what's a funny sanction is appropriate should be made in the first instance by the trial court And not by this court And so these procedures do matter and as the court raised there is no reason to create some special rule in this case there is a process for the Union to either file a motion intervene, although I don't believe it would be successful or To you know resist and be held in contempt and then have the matter come up when this court Don't have a pal jurisdiction. Why do you think intervention would be unsuccessful given the effects the order has on them? Because the order doesn't really have any effect on them your honor as you pointed out at the end in the argument The Union is not able to fight to a single provision in the Illinois statutes that's being violated They can't fight fight to a single collective Really have to be an intrusion upon a legal interest, but just to say Look, we have we have a well-established process. It's confidential and It's it's important to us. This is disrupting our procedure. We like we would like to be heard What they would need to make those allegations and present facts facts in support of that in order to intervene And in this case, as I said, we have a long history of compliance administrators monitoring disciplinary grievance meetings without any Interference, you know, this is not a case like in Joe the compliance administrator is not a receiver She's not taking over these employment actions and making the decisions Strictly monitoring them and reporting and in fact under the collective bargaining agreement The employees don't have to have the Union represent them The employee can file their own grievance and represent themselves or have somebody else represent them your counsel And in that case the Union is the itself is the passive observer Monitoring what's happening in the grievance procedure to make sure that their collective bargaining agreement isn't violated. Well here we have a Couple Thank you Yes, thank you your honor and so in this case we have like the Union when an employee decides to do their own Grievance here. We strictly have a Court appointed monitor passively observing what's going on to report to the court to make sure that the court's orders are not violated And that is well within the discretion of the trial court here after making the necessary Findings and as I said, this is an the compliance administrator observing the employment actions to make sure that I'm off the political Discrimination is not occurring and is unlikely to reoccur after sunset is a Important and vital part of this case and bringing it to its final conclusion Just as we have with the city of Chicago and Cook County and others And so we would ask that the lower courts order be affirmed and allowed to stand And thank you your honor All right, thank you very much miss Cheney as I said your time had expired But if you need a moment or two for rebuttal, you may have it Yes, your honor. Thank you very much. I'm going to try to be as quick as I can first I do want to address opposing counsel's contention that an Employee can file a grievance on their own and take it up with a representative Representative other than the Union that is actually incorrect The employee can file it at the first step. They are not permitted to have Another attorney in that process to the point that the compliance administrator is passive That is actually also factual factually inaccurate the compliance administrator's report recommended things to the clerk's office and how the clerk responded to Us about the grievance process. The reason why this is such a big deal is because of the Union we have non-lawyers who assist in Representing folks at grievance procedures. It is intended to be an informal process because they work through the ranks and work between the rank-and-file and the labor management relationships We also have members who have expressed some concern about having the CA present and the CA actually noted that in her quarterly report to the point about the Excuse me negotiating the SRO. They the clerk and the Shackman Appellees negotiated the SRO only after the clerk negotiated the contract with us. We've had a relationship with them for years So they negotiated one contract and then turned around and negotiated a second contract that allowed the Shackman appellees and the clerk to appoint the CA and Purportedly to allow the CA to attend grievance procedures Although the SRO does not state that in any of in any of its provisions It does not state that the CA will be monitoring grievance procedures I think we understand that you need to wrap up. Okay. All right. Thank you very much to the point about the motion to intervene would Be not likely to be successful. I think that's a pretty compelling point and I would also direct the clerk Request that the court refer back to the TransUnion Corp privacy litigation case in which the lawyer in that case did not seek to intervene and Specifically chose not to but was still permitted to appeal for purposes of the litigation And that I think I could probably go on but I respectfully Understand that my time is up. So thank you very much All right, our thanks to both counsel the case is taken under advisement That concludes the matters for today and the court will be in recess Thanks again to all counsel